IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALAALDIN ABDULELAH HOOBI AL-AZZAWI,

    Petitioner,

v.                                               No. 2:26-cv-00316-MLG-SCY

PAMELA BONDI, in her official capacity as
Attorney General of the United States, et al.,

    Respondents.

**ORDER GRANTING MOTION TO DISMISS**
**PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus ("Motion to Dismiss"), Doc. 13, filed February 24, 2026. Petitioner Alaaldin Abdulelah Hoobi Al-Azzawi, a lawfully present refugee from Iraq who was detained at the Otero County Processing Center, filed a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") requesting his immediate release from custody. Doc. 1 at 2 ¶ 1, 3 ¶¶ 4, 5, 27. Al-Azzawi was released from custody on February 23, 2026. Doc. 13 at 1. Respondents request dismissal of the Petition because Al-Azzawi's claim is now moot. *Id.* at 2. Al-Azzawi filed a response in non-opposition to the Motion to Dismiss confirming he was released from custody and his removal proceedings were terminated. Doc. 14 at 1. Al-Azzawi does not oppose Respondents' Motion to Dismiss. *Id.*

The Court, having read the Motion to Dismiss and being otherwise sufficiently advised, finds the Motion is well taken and is hereby granted. Al-Azzawi's Petition (Doc. 1) is hereby dismissed without prejudice because it is moot. Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). The parties shall bear their own costs and attorney's fees.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2